USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/19

EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LI *et al.*

                       Plaintiff,

v.

HUI YANG NAILS & BEAUTY SPA, INC. *et al.*

                       Defendants.
-----------------------------------------------------------x

Case No. 18-cv-06430

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants in the above captioned action, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed, with prejudice and without costs or attorneys' fees to any party, as to Plaintiffs or Defendants. This Court retains jurisdiction to enforce the Settlement Agreement and the Release of this action.

TROY LAW, PLLC
*Attorneys for the Plaintiff*

By: _____
John Troy (JT 0481)
41-25 Kissena Blvd., Suite 119
Flushing, NY 11355
Tel: 718 762 1324

HANG & ASSOCIATES, PLLC

*Attorneys for Defendants*

_____
Ge Qu, Esq.
136-20 38th Ave., Suite 10G
Flushing, New York 11354
Tel: 7183538588

SO ORDERED.

_____ , May 29, 2019

Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York