UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WEIDONG LI,

                Plaintiff,

    -v.-

HUI YANG NAILS & BEAUTY SPA INC., et al.,

                Defendants.
------------------------------------------------------------X

ORDER OF DISCONTINUANCE
18 Civ. 6430 (GWG)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/29/19

GABRIEL W. GORENSTEIN, United States Magistrate Judge

    This case contains claims under the Fair Labor Standards Act. On November 26, 2018, an order was issued on the parties' consent agreeing to disposition of this matter by the undersigned pursuant to 28 U.S.C. § 636(c). In a filing dated May 28, 2019, (Docket # 46), the parties have submitted their proposed settlement agreement. Having reviewed the proposed settlement pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), the Court find that it is fair and reasonable. The settlement is approved.

    Accordingly, this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement. The Court will retain jurisdiction to enforce the settlement agreement.

    Any pending motions are moot. The Clerk is requested to close the case.

    SO ORDERED.

Dated: May 29, 2019
       New York, New York

                                              GABRIEL W. GORENSTEIN
                                              United States Magistrate Judge